UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIRDAWS ASHIRU,
                   Plaintiff,

               22 Civ. 4793 (LGS)

      -against-

               ORDER

TRANS UNION, LLC, et al.,
                   Defendants,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a settlement has been reached between Plaintiff and Defendants Trans Union, LLC, and Experian Information Solutions, Inc.;

      WHEREAS, 60-Day Notice Order has been issued as to Defendants Trans Union, LLC, and Experian Information Solutions, Inc.;

      WHEREAS, Defendant Aldous & Associates, PLLC ("Aldous"), has not appeared in the action;

      WHEREAS, Defendant Aldous was served on June 17, 2022, Dkt. No. 11;

      WHEREAS, Defendant Aldous's deadline to answer is August 8, 2022.  It is hereby

      **ORDERED** that Defendant Aldous shall answer or otherwise respond to the Complaint by August 8, 2022.  It is further

      **ORDERED** that a telephonic conference is scheduled for August 17, 2022, at 4:00 P.M.  The parties shall call 888-363-4749 and enter the access code 558-3333.  By August 10, 2022, the parties shall file the joint letter and proposed case management plan ordered in Dkt. No. 13.  It is further

      **ORDERED** that, if Defendant Aldous does not appear in the action by August 8, 2022, Plaintiff shall move for default judgment and file a letter seeking to adjourn the conference sine die by August 10, 2022.

Dated: July 28, 2022
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**