UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRDAWS ASHIRU,<br><br>     Plaintiff,<br><br> -against-<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTONS, INC. and ALDOUS & ASSOCIATES, PLLC,<br><br>     Defendant. | Case No. 1:22-cv-04793-LGS |

**MOTION TO ADJOURN THE TELEPHONIC CONFERENCE SET FOR AUGUST 17, 2022, PURSUANT TO THIS COURT'S ORDER:**

**PLAINTIFF**, FIRDAWS ASHIRU, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, **HEREBY REQUESTS** that the Court adjourn the telephonic conference set for August 17, 2022, pursuant to this Court's July 28, 2022 Order (Doc. No. 20), as the remaining Defendant, ALDOUS & ASSOCIATES, PLLC, has failed to appear by August 8, 2022, as required by the Court (Doc. No. 20).

               RESPECTFULLY SUBMITTED,

August 10, 2022      By: /s/ Shireen Hormozdi
               Shireen Hormozdi
               Hormozdi Law Firm, LLC
               1770 Indian Trail Lilburn Road, Suite 175
               Norcross, GA 30093
               Tel: 678-395-7795
               Fax: 866-929-2434
               shireen@agrusslawfirm.com
               shireen@norcrosslawfirm.com
               Attorney for Plaintiff

## PROOF OF SERVICE

I, Shireen Hormozdi state the following:

I am employed in Norcross, GA.  I am over the age of 18 and am not a party to this action.  My business address is 1770 Indian Trail Lilburn Road, Suite 175, Norcross, GA 30093.  On August 10, 2022, I served the following documents:

**REQUEST FOR DEFAULT**

On the parties listed below:

Aldous & Associates, PLLC
c/o Julie Ragas
2500 S. Ferdon Blvd
Crestvuew FL 32536

By the following means of service:

[X]  **BY MAIL:** I deposited the envelope in the mail via first class mail. The envelope was mailed with postage fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document was deposited with the U.S. Postal Service on this date with postage fully prepaid, in the ordinary course of business.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of New York that the above is true and correct.

Executed on August 10, 2022.

By: /s/  Shireen Hormozdi
Shireen Hormozdi

Application GRANTED.  The conference scheduled for August 17, 2022, is adjourned **sine die**.

Plaintiff's motion for default judgment is DENIED without prejudice.  Plaintiff shall seek a Clerk's Certificate of Default by filing a proposed certificate and the required affidavit, examples of and instructions for which can be found on the Court's website, and Plaintiff shall then follow the procedures for seeking default judgment in the Court's Individual Rules.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 21 and 22.

So Ordered.

Dated: August 10, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE