UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIRDAWS ASHIRU,
                               Plaintiff,

-against-                         22 Civ. 4793 (LGS)

ORDER

TRANS UNION, LLC, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 17, 2022, the Clerk of Court issued a certificate of default as to Defendant Aldous & Associates, PLLC;

      WHEREAS, Plaintiff has not moved for default judgment as directed by the Order at Dkt. No. 23.  It is hereby

      **ORDERED** that, by **September 23, 2022**, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers as required by the Default Judgment Procedure in Attachment A to the Court's Individual Rules.

Dated: September 14, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE